Nos. 22-3750, 22-3751, 22-3753, 22-3841, 22-3843, 22-3844

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION. | ) ) ) ) |
| TRUMBULL COUNTY, OH; LAKE COUNTY, OH; and PLAINTIFFS' EXECUTIVE COMMITTEE, | ) ) ) ) ) |
| Plaintiffs-Appellees, | ) ) |
| v. | ) ) |
| WALGREENS BOOTS ALLIANCE, INC, WALGREEN COMPANY, WALGREEN EASTERN CO., INC.; CVS PHARMACY, INC., OHIO CVS STORES, LLC, CVS TENNESSEE DISTRIBUTION, LLC, CVS RX SERVICES, INC., CVS INDIANA, LLC; and WALMART, INC., | ) ) ) ) ) ) ) ) |
| Defendants-Appellants. | ) ) |

**FILED**
Sep 13, 2023
DEBORAH S. HUNT, Clerk

ORDER

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO

BEFORE: BATCHELDER, GRIFFIN, and BLOOMEKATZ, Circuit Judges.

It is ordered that this case be held in abeyance pending the Supreme Court of the State of Ohio's resolution of this court's certification order issued September 11, 2023.

It is further ordered that counsel for defendants file a status report every 60 days or upon issuance of a decision by the Supreme Court of the State of Ohio in this matter, whichever occurs earlier.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk